IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONRAD E ROSE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLEBEE'S RESTAURANTS LLC, APPLEBEE'S RESTAURANTS WEST LLC, APPLEBEE'S FRANCHISOR LLC, MAPLE JOINT VENTURE, and J.S. VENTURES, INC.,<br><br>　　　　　Defendants. | 8:19CV311<br><br>ORDER |

　　　　IT IS ORDERED that the motion to withdraw filed by David L. Welch and Pansing Hogan Ernst & Bachman LLP, as counsel of record for Defendant Joint Venture (Filing No. 65), is granted. David L. Welch shall no longer receive electronic notice in this case.

　　　　Dated this 17th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge